WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net

*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AEG 2006-HE1 Asset Backed Pass-Through Certificates, Series AEG 2006-HE1*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES AEG 2006-HE1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES AEG 2006-HE1,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00388-JAD-EJY<br><br>**STIPULATION AND ORDER 1) TO RESET BRIEFING ON MOTION TO REMAND; AND 2) TO STAY DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND DISCOVERY PENDING RESOLUTION OF MOTION TO REMAND**<br><br>ECF Nos. 6, 14 |

Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AEG 2006-HE1 Asset Backed Pass-Through Certificates, Series AEG 2006-HE1 ("U.S. Bank") and Defendants Fidelity National Title Group, Inc., Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc. (collectively, "Defendants", and with U.S. Bank, the

"Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 8, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-830671-C [ECF No. 1-1];
2. On March 8, 2021, Fidelity National Title Insurance Company filed a Petition for Removal to this Court [ECF No. 1];
3. On April 7, 2021, U.S. Bank filed a Motion for Remand [ECF No. 6];[1]
4. On April 16, 2021, this Court granted the Parties' stipulation to stay the case pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) ("*Wells Fargo II*") [ECF No. 9];
5. At the time of the stay, Defendants' time to respond to U.S. Bank's Complaint and the Motion for Remand had not yet expired;
6. According to the terms of the Stipulation to Stay, Defendants' deadline to oppose the Motion to Remand and to file a responsive pleading was continued and would be reset by mutual agreement of the Parties [ECF No. 8];
7. *Wells Fargo II* resolved via the Ninth Circuit's mandate on November 29, 2021;
8. On April 25, 2022, the Court issued an order advising that the Parties must take action prior to May 25, 2022 [ECF No. 13].

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendants' deadline to respond to U.S. Bank's Motion for Remand [ECF No. 6] is reset to June 20, 2022.
2. U.S. Bank hereby withdraws its Motion for Fees and Costs [ECF No. 7].
3. In the interests of judicial economy, Defendants' deadline to respond to U.S. Bank's Complaint is **STAYED** pending the Motion for Remand.
4. Discovery in this matter is also **STAYED** pending the Motion for Remand.

---

[1] Wells Fargo also moved for fees and costs [ECF No. 7]; however, that motion is hereby withdrawn.

5. Each of the Parties may request a further Fed R. Civ. P. 26(f) conference at any time 180 days after the order granting this Stipulation.

6. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

7. In the event the Motion for Remand is denied and this Court retains jurisdiction, the Parties will submit a proposed discovery plan, as well as a stipulation resetting Defendants' deadline to respond to the Complaint, within thirty (30) days of the Court's Order.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 25th day of May, 2022. | DATED this 25th day of May, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN, LLP |
| /s/ Lindsay D. Dragon, Esq. | /s/ Kevin S. Sinclair |
| Lindsay D. Dragon, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Ventura Blvd., Suite 400 |
| Las Vegas, NV 89117 | Encino, CA 91436 |
| *Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, on Behalf of the Holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AEG 2006-HE1 Asset Backed Pass-Through Certificates, Series AEG 2006-HE1* | *Attorneys for Defendants Fidelity National Title Group, Inc., Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated: 5-25-2022

By: _____
UNITED STATES DISTRICT JUDGE